## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 18-CV-20563

Plaintiff:
**ANTRANETT BOSTON**

vs.

Defendant:
**BALFOUR BEATTY INFRASTRUCTURE,INC.,ETAL**


DPI2018000249

For:
Keith Stern
14 NE 1 AVENUE #800
MIAMI, FL 33126

Received by DUE PROCESS INTERNATIONAL,INC. on the 14th day of February, 2018 at 1:25 pm to be served on **BALFOUR BEATY INFRASTRUCTURE INC., 1200 SOUTH PINE ISLAND ROAD #225, PLANTATION, FL 33324**.

I, BRUCE L.WALTHER #131, do hereby affirm that on the **15th day of February, 2018** at **8:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **C.T.CORP. DONNA MOCH** as **REG.AGENT** for **BALFOUR BEATY INFRASTRUCTURE**, at the address of: **1200 SOUTH PINE ISLAND ROAD #225, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.Under penalties of perjury,I declare that i have read the foregoing affidavit and that the facts stated in it are true.Nortarization is not required pursuant to F.S.92.525(2)

**BRUCE L.WALTHER #131**
Process Server

**DUE PROCESS INTERNATIONAL,INC.**
**P.O.Box 4529**
**Tequesta, FL 33469**
**(561) 312-6014**

Our Job Serial Number: DPI-2018000249

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i